**FAEGRE DRINKER BIDDLE & REATH LLP**
MICHAEL JAEGER (SBN 289364)
*michael.jaeger@faegredrinker.com*
11766 Wilshire Blvd., Suite 750
Los Angeles, CA  90025
Telephone:  (310) 500-2090
Facsimile:   (310) 500-2091

KERRY L. BUNDY (*pro hac vice*)
*kerry.bundy@faegredrinker.com*
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Telephone:  (612) 766-7000
Facsimile:   (612) 766-1600

Attorneys for Plaintiff
ROBEKS FRANCHISE CORPORATION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBEKS FRANCHISE CORPORATION,<br><br>           Plaintiff,<br><br>     v.<br><br>CHRISTINE ALVEARI and HEALTHY EATS, LLC,<br><br>           Defendants. | Case No. 2:20-CV-00379-MWF (SSx)<br><br>Hon. Michael W. Fitzgerald<br><br>**DECLARATION OF DAVID RAWNSLEY IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' EMERGENCY MOTION**<br><br>Action Filed:    January 14, 2020 |

FAEGRE DRINKER
ATTORNEYS AT LAW
LOS ANGELES

US.126936790.01

DECLARATION OF DAVID RAWNSLEY IN SUPPORT OF PLAINTIFF'S
OPPOSITION TO DEFENDANTS' EMERGENCY MOTION
Case No. 2:20-CV-00379-MWF (SSx)

I, DAVID RAWNSLEY, declare as follows:

1. I am currently the President and Chief Financial Officer of Plaintiff Robeks Franchise Corporation ("Robeks"). I am over the age of 18 and have personal knowledge of all the facts stated herein. If called as a witness, I could and would testify competently to the matters set forth below.

2. Other than "compliance" in a manner of speaking, in the form of continuing to pay royalty and advertising fees and not competing because they continued to operate their store as a Robeks franchise (see Sections 18(A)(1)(a) and 18(A)(9) of the Franchise Agreement, respectively), Defendants Christine Alveari and Healthy Eats, LLC, did not comply with any of the post-termination obligations set forth in Section 18 of their Franchise Agreement after the Franchise Agreement nominally expired in August 2017.

3. As Robeks set forth in its Complaint and in its Motion for Preliminary Injunction, during the August 2017 – August 2019 timeframe, pursuant to the Franchise Agreement, Robeks accepted weekly franchisee royalty and advertising payments from Defendants, and provided Defendants on an ongoing basis with Robeks franchisee information, products, and materials that Defendants then used in their franchise location. Robeks also conducted periodic audits of Defendants' store during that same time period to confirm ongoing compliance with the terms of the Franchise Agreement.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 28th day of February, 2020, at Los Angeles, California.

_____
DAVID RAWNSLEY

FAEGRE DRINKER
ATTORNEYS AT LAW
LOS ANGELES

US.126936790.01

- 2 -

DECLARATION OF DAVID RAWNSLEY IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' EMERGENCY MOTION
Case No. 2:20-CV-00379-MWF (SSx)