Frank R. Sariol, Esq. (SB NO 140406)
frank@sariol.com
FRANK R. SARIOL, PC
1600 N. Broadway, Ste 650
Santa Ana, CA 92706
Telephone: (714) 361-8200

Patrick G. Dempsey (*pro hac vice*)
dempsey@hddlawfirm.com
Leon F. Hirzel (*pro hac vice* pending)
hirzel@hddlawfirm.com
HIRZEL DREYFUSS & DEMPSEY, PLLC
2333 Brickell Avenue, Suite A-1
Miami, Florida 33129
Telephone: (305) 615-1617

Attorneys for Defendants, Christine Alveari and Healthy Eats, LLC

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROBEKS FRANCHISE CORPORATION,<br><br>     Plaintiff,<br>v.<br><br>CHRISTINE ALVEARI and<br>HEALTHY EATS, LLC,<br><br>     Defendants. | Case No.: 2:20-CV-00379<br><br>Hon. Michael W. Fitzgerald<br><br>**DEFENDANTS' MOTION FOR BRIEF EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION.**<br><br>L.R. 7.1, 8.3<br><br>Response Due: March 2, 2020<br>New Response Date: March 6, 2020<br><br>Action Filed:   January 14, 2020 |

1

Defendants, CHRISTINE ALVEARI ("Alveari") and HEALTHY EATS, LLC ("Healthy Eats") (collectively referred to as the "Defendants"), by and through their attorneys of record, hereby request a brief extension of time in the amount of four (4) days within which to Respond to Plaintiff's Complaint and within which to respond to Plaintiff's Motion for Preliminary Injunction.

This Motion is based on the papers and pleadings on file with this Honorable Court, the Declaration of counsel attached hereto, and any argument the Court may choose to entertain.

1. The current deadline within which Defendants are to file their Response to Plaintiff's Complaint and their Response to Plaintiff's Motion for Preliminary Injunction is Monday, March 2, 2020.

2. Defendants and counsel for Defendants had intended to have an extensive meeting together on Friday, February 28, 2020 to draft the factual and legal arguments in response to Plaintiff's Motion for Preliminary Injunction and Plaintiff's Complaint.

3. Unfortunately, on February 28, 2020, the mother of Defendant Alveari was in an accident that caused her to be rushed to the hospital where she was diagnosed with a concussion and vertigo. Due to this family emergency, Defendant Alveari, who is the principal of Defendant Healthy Eats, was unable to meet with counsel to finalize the aforementioned responses.

4. Due to the foregoing family emergency, Defendants and counsel for Defendants intend to meet together today or tomorrow to finalize Defendants' Response to Plaintiff's Motion for Preliminary Injunction and Defendants' Response to Plaintiff's Complaint.

5. Defendants therefore request a four (4) day brief extension of time, through and including Friday, March 6, 2020, within which to file their Response to Plaintiff's Motion for Preliminary Injunction and Defendants' Response to Plaintiff's Complaint.

6. This motion is made in good faith and not for the purposes of delay.

7. Plaintiff will not be prejudiced by the Court granting the brief extension of time sought within this Motion.

WHEREFORE, Defendants respectfully request that this Court grant Defendant's Motion for Brief Extension of Time, extending the time within which Defendants are required to respond to

Plaintiff's Complaint and Plaintiff's Motion for Preliminary Injunction by four (4) days, through and including Friday, March 6, 2020 and granting such other or further relief as is just and proper.

**CERTIFICATE OF GOOD FAITH CONFERENCE**

I hereby certify that the undersigned counsel has conferred with all parties or non-parties who may be affected by the relief sought in this motion in a good faith effort to resolve the issues raised in this Motion and was informed that Plaintiff does not agree to the relief sought herein.

DATED: March 2, 2020            HIRZEL DREYFUSS & DEMPSEY, PLLC


By: _____

Patrick G. Dempsey, Esq.

*Counsel for Defendants*